# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 4, 2019

## NO. 03-19-00466-CV

**Ken Paxton, in his Official Capacity as Attorney General of Texas, Appellant**

**v.**

**William McManus, in his Official Capacity as Chief of San Antonio Police Department;
City of San Antonio; and Erik Walsh, in his Official Capacity as
City Manager of City of San Antonio, Appellees**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. No costs relating to this

appeal will be assessed.